IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RYAN SHANE O'CONNER,<br><br>Petitioner,<br><br>v.<br><br>JEAN HILL, Superintendent,<br>Snake River Correctional Institution,<br><br>Respondent. | CV No. 07-828-BR<br><br>ORDER DISMISSING PETITION<br>FOR WRIT OF HABEAS CORPUS<br>WITHOUT PREJUDICE |

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington*, 542 U.S. 296 (2004), is later made retroactive to cases on collateral review, Petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from the date this Order is signed until sixty (60) days after the date of the decision rendering *Blakely* retroactively applicable. If *Blakely* is made retroactive and the Petitioner moves to reopen this case during the above-referenced sixty (60)-day period, Petitioner may also amend the Petition as of right so as to properly

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION WITHOUT PREJUDICE

plead all *Blakely*-based claims in this court. If the case is reopened, respondent may assert any procedural defenses that were available when this order issued.

SO ORDERED this 16th day of ~~September~~ October, 2007.

_____
The Honorable Anna J. Brown
United States District Judge

Submitted by:

/s/ Kristina Hellman
Kristina Hellman
Attorney for Petitioner

Page 2    ORDER DISMISSING HABEAS CORPUS PETITION WITHOUT PREJUDICE